

# COURT OF APPEALS FOR THE
# FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER

Appellate case name:      In re Sustainable Texas Oyster Resource Management, L.L.C., Relator

Appellate case number:    01-16-00030-CV

Trial court case number:   15-CV-0772

Trial court:           56th District Court of Galveston County

On January 14, 2016, relator, Sustainable Texas Oyster Resource Management, L.L.C., filed a petition for a writ of mandamus seeking to compel the respondent trial judge to vacate its order denying relator's motion to transfer venue, signed on November 20, 2015, and to grant relator's motion to transfer venue as to the real parties in interest Shrimps R Us, Inc., and Ivo Slabic. Relator also filed a notice of related case, noting that this mandamus petition is related to its prior notice of appeal, filed on December 4, 2015, which was assigned to this Court under appellate cause number 01-15-01026-CV.

Relator's appeal in 01-15-01026-CV, filed under Texas Civil Practice & Remedies Code § 15.003(c), challenges the same November 20, 2015 interlocutory order involved in this mandamus petition. Pursuant to Section 15.003(c)(2), the court of appeals shall render judgments in interlocutory appeals filed under this section within 120 days after the appeal is perfected. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 15.003(c)(2) (West Supp. 2015). Relator also filed its appellate brief in 01-15-01026-CV on January 14, 2016, setting appellees' brief due by February 3, 2016. *See* TEX. R. APP. P. 38.6(b).

Accordingly, the Court requests a response to the petition for a writ of mandamus by the real parties in interest Shrimps R Us, Inc., and Ivo Slabic. *See* TEX. R. APP. P. 52.8(b)(1). The response, if any, shall be filed **by February 3, 2016**, and may be combined with appellees' brief due in 01-15-01026-CV. *See* TEX. R. APP. P. 2, 52.4.

It is so ORDERED.

Judge's signature: /s/ Laura C. Higley
                     ☑ Acting individually    ☐ Acting for the Court
Date: January 14, 2016